UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIKESHIRE IP LLC,<br><br>                Plaintiff,<br><br>v.<br><br>Q-FREE AMERICA, INC.,<br><br>                Defendant.<br><br>Q-FREE AMERICA, INC.<br><br>                Counter-claimant,<br><br>v.<br><br>WIKESHIRE IP LLC,<br><br>                Counter-defendant. | Case No.: 22-cv-00698-KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS AND RETAINING JURISDICTION OVER SETTLEMENT ENFORCEMENT**<br>**[Doc. Nos. 32, 34]** |

      The parties have consented to Magistrate Judge jurisdiction. *See* Doc. Nos. 33, 35. Before the Court are the parties' Joint Motion to Dismiss [Doc. No. 32] and Joint Stipulation for Court to Retain Jurisdiction Over Settlement Enforcement [Doc. No. 34]. In the Joint Motion to dismiss, the parties request, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that plaintiff's claims be dismissed with prejudice; defendant's

counterclaims be dismissed without prejudice; and the Court retains jurisdiction over this matter to enforce the terms of the parties' settlement. *See* Doc. No. 32. The parties' Joint Stipulation—in substance a second motion—similarly requests the Court retain jurisdiction to enforce the settlement. *See* Doc. No. 34. Having considered the moving papers, the Court **GRANTS** the Joint Motion to Dismiss for good cause. The Court **DENIES AS MOOT** the Joint Stipulation for Court to Retain Jurisdiction over Settlement Enforcement because the parties have consented to Magistrate Judge jurisdiction through January 31, 2023, and the parties already requested the retention of jurisdiction in the Joint Motion to Dismiss.

It is hereby **ORDERED** with respect to the Joint Motion to Dismiss [Doc. No. 32]:

(1) Plaintiff's claims are DISMISSED WITH PREJUDICE;

(2) Defendant's counterclaims are DISMISSED WITHOUT PREJUDICE;

(3) Each party will bear its own costs and attorneys' fees;

(4) The Court retains jurisdiction through January 31, 2023, for the purposes of enforcing the settlement agreement between the parties.

It is further **ORDERED** with respect to the Joint Stipulation for Court to Retain Jurisdiction Over Settlement Enforcement [Doc. No. 34] that said Motion is **DENIED AS MOOT.**

**IT IS SO ORDERED**.

Dated:  December 6, 2022

Hon. Karen S. Crawford
United States Magistrate Judge